# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAE FLYNN,<br><br>Plaintiff(s),<br><br>vs.<br><br>SAFEWAY INC., JORGE GONZALEZ, ZEKE AGUILAR, and DOES 1 through 100, inclusive,<br><br>Defendant(s). | Case No.: C-11-05649-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED for Mandatory Settlement Conference Before a Magistrate Judge to occur by: | June 8, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | August 10, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: June 29, 2012<br>Rebuttal: July 13, 2012 |
| EXPERT DISCOVERY CUTOFF: | August 10, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | September 25, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | October 5, 2012 |
| PRETRIAL CONFERENCE: | Friday, October 19, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, November 5, 2012 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 7 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  The parties must comply with both the Court's Standing Order in Civil Cases and Standing
2  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing
3  Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

4  **IT IS SO ORDERED.**

5  February 7, 2012

  _____
  YVONNE GONZALEZ ROGERS
  UNITED STATES DISTRICT JUDGE

7  CC: MAGREF EMAIL