UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAE FLYNN,<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>SAFEWAY INC., JORGE GONZALEZ, ZEKE AGUILAR, and DOES 1 through 100, inclusive,<br><br>　　　　Defendant(s). | Case No.: C-11-05649-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED for Mandatory Settlement Conference Before a Magistrate Judge to occur by: | June 8, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | August 10, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: June 29, 2012<br>Rebuttal: July 13, 2012 |
| EXPERT DISCOVERY CUTOFF: | August 10, 2012 |
| DISPOSITIVE MOTIONS[1] to be heard by: | September 25, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | October 5, 2012 |
| PRETRIAL CONFERENCE: | Friday, October 19, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, November 5, 2012 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 7 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

February 7, 2012

_____
Y<small>VONNE</small> G<small>ONZALEZ</small> R<small>OGERS</small>
U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>

CC: M<small>AG</small>R<small>EF</small> EMAIL